UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS PARR, VALERIE PARR, and
CORRYL PARR,

    Plaintiffs,

v.

Case No. 10-13167

Honorable Patrick J. Duggan

THE BANK OF NEW YORK MELLON
CORPORATION and BAC HOME LOANS
SERVICING, LP,

    Defendants.
_____/

## JUDGMENT

On July 21, 2010, Plaintiffs filed this action, alleging that Defendants breached a contract for the sale of a home and violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692.  On this date, the Court entered an Opinion and Order holding that Plaintiffs are not entitled to relief.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiffs' action is **DISMISSED WITH PREJUDICE**.

Date: February 28, 2011

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:

Keith A. Schofner, Esq.
Melissa M. Benton, Esq.
John A. Behrendt, Esq.